**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski** State Bar #236207
rgrabowski@mckinleyville.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX: (707) 441-1533**

Attorney for Plaintiff, MARCY VELASQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>    Plaintiff,<br>v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation, HERTZ LOCAL EDITION CORP., a Delaware Corporation, dba HERTZ LOCAL EDITION, HARVEY M. HARPER CO., a California Corporation, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. 3:09-CV-05712-JCS<br><br>**STIPULATED NOTICE OF PENDING SETTLEMENT** |

Please take notice the parties in the above captioned matter have reached a tentative settlement.  Counsel for the parties are now circulating a settlement agreement to be approved and executed by the parties hereto.  Counsel anticipate being able to submit a Request for Dismissal of the within action to the Court for order within thirty days and requests the deadline for scheduling the joint site inspection scheduled for March 15, 2010 be extended for 30 days pending finalization of the parties' settlement.

IT IS HEREBY AGREED that the parties have an extension of time until April 15, 2010,  to conduct the formal site inspection, pending finalization of the parties' settlement.

///

///

1   IT IS SO STIPULATED.

**SINGLETON LAW GROUP**

Dated:     March 11, 2010                  /s/ Jason K. Singleton
Jason K. Singleton, Attorneys for Plaintiff, MARCY VELAQUEZ

**NIXON PEABODY LLP**

Dated:     March 9, 2010                   /s/ Ellen M. Papadakis
Ellen M. Papadakis, Attorneys for Defendants, THE HERTZ CORPORATION and HERTZ LOCAL EDITION CORPORATION

**JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY & GRIEGO, LLP**

Dated:     March 12, 2010                  /s/ Dennis C. Reinholtsen
Dennis C. Reinholtsen, Attorneys for Defendant, HARVEY M. HARPER CO.

Dated: March 15, 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero