**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARCY VELASQUEZ**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,** | Case No. CV-09-5712 JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |
| v. | |
| **THE HERTZ CORPORATION, a Delaware Corporation, HERTZ LOCAL EDITION CORP., a Delaware Corporation, dba HERTZ LOCAL EDITION, HARVEY M. HARPER CO., a California Corporation, and DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

Plaintiff MARCY VELASQUEZ and Defendants THE HERTZ CORPORATION, HERTZ LOCAL EDITION CORP., dba HERTZ LOCAL EDITION, and HARVEY M. HARPER CO., (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: May 3, 2010    /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **MARCY VELASQUEZ**

**NIXON PEABODY LLP**

Dated: May 4, 2010    /s/ Ellen M. Papadakis
Ellen M. Papadakis, Attorneys for
Defendants **THE HERTZ CORPORATION, HERTZ LOCAL EDITION**

**JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY & GRIEGO, LLP**

Dated: April 17, 2010    /s/ Dennis C. Reinholtsen
Dennis C. Reinholtsen, Attorneys for
Defendants **HARVEY M. HARPER CO.**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>VELASQUEZ v THE HERTZ CORPORATION, et al.</u>, Case Number C-09-CV-5712 JCS, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: May 6, 2010    _____
JOSE[PH C. SPERO]
UNITE[D STATES MAGIST]RATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*